# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

(PIP)

**Place of Offense:**
- City:
- County: Arlington

Under Seal: ☐

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.:
Search Warrant Case No.:

**Judge Assigned:** Hon. Claude M. Hilton
**Criminal No.:** 1:25-CR-246
**New Defendant:** X
**Arraignment Date:**
**R. 20/R. 40 From:**

**Defendant Information:**

Related Cases: USA v. Isaac Afful (1:25-CR-212) and USA v. Richard Boateng (1:25-CR-216)

- **Defendant Name:** Bright MENSAH
- **Alias(es):**
- Juvenile: ☐  **FBI No.:** xxxxxFJWM
- **Address:** Tacoma, WA
- **Employment:**
- **Birth Date:** xx/xx/1996
- **SSN:** xxx-xx-2617
- **Sex:** Male
- **Race:** Black
- **Nationality:** Ghanaian
- **Place of Birth:** Accra, Ghana
- **Height:** 6'0"
- **Weight:** 175 lb.
- **Hair:** Black
- **Eyes:** Brown
- **Scars/Tattoos:**
- Interpreter: ☐  **Language/Dialect:**
- **Auto Description:**

**Location/Status:**

- **Arrest Date:**
- Already in Federal Custody as of: ☐   in:
- Already in State Custody: ☐
- On Pretrial Release: ☐
- Not in Custody: ☒
- Arrest Warrant Requested: ☐
- Fugitive: ☐
- Summons Requested: ☐
- Arrest Warrant Pending: ☐
- Detention Sought: ☐
- Bond: ☐

**Defense Counsel Information:**

- **Name:** Brittany M. Davidson
- Court Appointed: ☐
- **Counsel Conflicts:**
- **Address:** 1650 King St., Suite 500, Alexandria, VA 22314
- Retained: ☐
- **Phone:** 703-600-0817
- Public Defender: ☒
- Federal Public Conflicted Out: ☐

**U.S. Attorney Information:**

- **AUSA(s):** Zachary H. Ray and Katherine E. Rumbaugh
- **Phone:** (703) 299-3700
- **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**

U.S. Postal Inspection Service - Postal Inspector Elizabeth Howard

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §§ 371 & 2315 | Conspiracy to Receive and Possess Stolen Money | 1 | Felony |
| Set 2: | | | | |

**Date:** 08/20/2025  **AUSA Signature:** Zachary H. Ray/ct

*may be continued on reverse*